UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 31, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAHBAR BEARD, ) <br> ) <br> Defendant. ) | Case No. CR. S-03-0502 DLJ <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAHBAR BEARD__, Case No. __CR. S-03-0502 DLJ__, Charge __Title 18 USC § 3606__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ☒    (Other)   __Supervised Release Conditions Continue to apply.__

Issued at __Sacramento, CA__ on __August 31, 2007__ at __2:30 pm__.

By _____
Dale A. Drozd
United States Magistrate Judge